No. 99–8520. WILSON v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8521. WATERS v. HESSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–8523. WRIGHT v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 99–8524. QUINONES v. GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–8526. BITTERMAN v. HARDING, CHIEF JUSTICE, SUPREME COURT OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8533. JOHNSON v. LOUISIANA. Ct. App. La., 2d Cir. Certiorari denied.

No. 99–8535. GASKINS v. O'MALLEY, MAYOR OF THE CITY OF BALTIMORE. C. A. 4th Cir. Certiorari denied.

No. 99–8538. BREMER v. HOUSING AUTHORITY OF NEW ORLEANS ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–8539. MCBAY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8540. NICKERSON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 99–8543. ALLEN v. TIME WARNER CABLE ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–8551. MARCHAN MORENO v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–8552. BRAUN v. GIBSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–8553. ANDERSON v. LINAHAN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 99–8554. BRAZZELL v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.